UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TAVON TURNER, *on behalf of himself and all others* :
*similarly situated*, :
:
                              Plaintiff, :        24-CV-8412 (JMF)
:
         -v- :             ORDER
:
STATE OF MIND DISPENSARY, LLC, :
:
                            Defendant. :
X
---------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: November 7, 2024
       New York, New York
                                                                         JESSE M. FURMAN
                                                             United States District Judge