USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tavon Turner, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>-against-<br><br>State of Mind Dispensary, LLC,<br>         Defendant. | 1:24-cv-08412 (JMF) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

  Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby Ordered that Defendant shall respond to Plaintiff's Complaint no later than February 20, 2025. Plaintiff is directed to send a copy of this Order to Defendant's counsel who appeared at the telephone conference.

Dated:  New York, New York
      January 13, 2025

                     */s/ Stewart D. Aaron*
                     _____
                     **STEWART D. AARON**
                     United States Magistrate Judge